ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**ED HULL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HSMARKET INC., A CALIFORNIA CORPORATION; AND DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-09956-DMG-JEM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

Plaintiff Ed Hull requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant HSMarket Inc., from Plaintiff's Complaint, Case Number 2:20-cv-09956-DMG-JEM. The parties herein reached settlement of the present action. Each party will be responsible for their own fees and costs.

| | |
|---|---|
| Dated: January 14, 2021 | **THE LAW OFFICE OF HAKIMI & SHAHRIARI** |
| | By: /s/Peter Shahriari |
| | Peter Shahriari, Esq. |
| | Attorneys for Plaintiff, Ed Hull |

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS