JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>    Plaintiff,<br><br>    v.<br><br>HSMARKET INC., A CALIFORNIA CORPORATION; AND DOES 1-10,<br><br>    Defendants. | Case No.: CV 20-9956-DMG (JEMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [18]** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the parties' stipulation for dismissal of action, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The entry of default against Defendant HSMarket Inc. [Doc. # 15] is set aside. Defendant HSMarket Inc. is dismissed with prejudice. The parties shall bear their own fees and costs.

DATED: January 21, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1